# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| JAMES SLUSS, | ) |
| Plaintiff, | ) |
| v. | ) |
| BANKERS LIFE AND CASUALTY COMPANY, | ) CIVIL ACTION NO. 3:07-cv-00381 |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff, James Sluss and Defendant, Bankers Life and Casualty Company, and hereby present this stipulation of dismissal of all claims of all parties in the above-styled action. By doing so:

The above parties stipulate to this Honorable Court that each and every claim in the above-styled lawsuit be dismissed <u>with</u> prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 4th day of November, 2008.

        <u>s/ T. Scott Jones</u>
        T. Scott Jones
        Banks & Jones
        Suite 210, Regas Building
        318 N. Gay Street
        Knoxville, Tennessee 37902

        Attorney for Plaintiff


        <u>s/Jamie L. Moore</u>
        Gary L. Howard ((#023167)
        ghoward@bradleyarant.com
        Jamie L. Moore (*pro hac vice*)
        jmoore@bradleyarant.com

        Bradley Arant Rose & White LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2104
        Telephone: (205) 521-8000
        Facsimile: (205) 521-8800

        Attorneys for Defendant
        Bankers Life and Casualty Company